IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEEGAN ALLAN STRELNIK,<br><br>Defendant. | CR 24-53-M-DLC<br><br><br>ORDER |

As discussed in open court at today's hearing on the petition to revoke Defendant Keegan Allan Strelnik's pretrial release,

IT IS ORDERED that Defense counsel shall notify the Court in advance of Defendant's discharge from Recovery Centers of Montana, at which point the Court will schedule a hearing to address the issues discussed at today's hearing.

DATED this 23rd day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1